■ In the Matter of MONKIL REST. INC., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent New York State Liquor Authority, dated October 5, 1977 and made after a hearing, which suspended petitioner's license for a period of 30 days, with a $1,000 bond claim. Determination confirmed and proceeding dismissed on the merits, with costs. There is substantial evidence in this record to support the authority's determination. Hopkins, J. P., Martuscello, Latham and Shapiro, JJ., concur.